(Rev. 4/97)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Robert Hassett
_____
Plaintiff

V.

Richard Kearney
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

ORIGINAL

- 05 - 609

CASE NUMBER:

I, Robert Hassett _____ declare that I am the (check appropriate box)

Petitioner/Plaintiff/Movant          Other

FILED

AUG 17 2005

DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          (Yes)          No          (If "No" go to Question 2)

   If "Yes" state the place of your incarceration Sussex Correctional Inst.

   Are you employed at the institution? yes Do you receive any payment from the institution? yes Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

2. Are you currently employed?          (Yes)          No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer $33.60 per month, employed by Sussex Correctional Institution.
   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | Yes | No |
   | b. | Rent payments, interest or dividends | Yes | No |
   | c. | Pensions, annuities or life insurance payments | Yes | No |
   | d. | Disability or workers compensation payments | Yes | No |
   | e. | Gifts or inheritances | (Yes) | No |
   | f. | Any other sources | Yes | No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4.    Do you have a cash or checking or savings accounts?        Yes        No

      If "Yes" state the total amount $ _101, 15_

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                        Yes        No

      If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

I declare under penalty of perjury that the above information is true and correct.

8-12-05
DATE

_Robert W. Hassett_
SIGNATURE OF APPLICANT

# SEE ATTACHED
# SIX MONTH STATEMENT