Printed: 7/12/2005

### Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005*

Page 1 of 4

SBI: 00337363        NAME:   HASSETT, ROBERT W 3

ORIGINAL

05 - _ 609



FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| Date | Balance |
|---|---|
| 01/01/2005 | $70.06 |
| 01/02/2005 | $70.06 |
| 01/03/2005 | $70.06 |
| 01/04/2005 | $70.06 |
| 01/05/2005 | $70.06 |
| 01/06/2005 | $70.06 |
| 01/07/2005 | $73.51 |
| 01/08/2005 | $73.51 |
| 01/09/2005 | $73.51 |
| 01/10/2005 | $73.51 |
| 01/11/2005 | $73.51 |
| 01/12/2005 | $73.51 |
| 01/13/2005 | $63.14 |
| 01/14/2005 | $63.14 |
| 01/15/2005 | $63.14 |
| 01/16/2005 | $63.14 |
| 01/17/2005 | $63.14 |
| 01/18/2005 | $63.14 |
| 01/19/2005 | $63.14 |
| 01/20/2005 | $45.71 |
| 01/21/2005 | $45.71 |
| 01/22/2005 | $45.71 |
| 01/23/2005 | $45.71 |
| 01/24/2005 | $45.71 |
| 01/25/2005 | $45.71 |
| 01/26/2005 | $45.71 |
| 01/27/2005 | $57.03 |
| 01/28/2005 | $57.03 |
| 01/29/2005 | $57.03 |
| 01/30/2005 | $57.03 |
| 01/31/2005 | $57.03 |
| 02/01/2005 | $57.03 |
| 02/02/2005 | $85.03 |
| 02/03/2005 | $103.98 |
| 02/04/2005 | $103.98 |
| 02/05/2005 | $103.98 |
| 02/06/2005 | $103.98 |
| 02/07/2005 | $103.98 |
| 02/08/2005 | $103.98 |
| 02/09/2005 | $103.98 |
| 02/10/2005 | $65.47 |
| 02/11/2005 | $67.47 |
| 02/12/2005 | $67.47 |
| 02/13/2005 | $67.47 |
| 02/14/2005 | $67.47 |
| 02/15/2005 | $67.47 |
| 02/16/2005 | $67.47 |
| 02/17/2005 | $61.35 |

Printed: 7/12/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005

Page 2 of 4

SBI: 00337363    NAME:   HASSETT, ROBERT W 3

| Date | Balance |
|---|---|
| 02/18/2005 | $61.35 |
| 02/19/2005 | $61.35 |
| 02/20/2005 | $61.35 |
| 02/21/2005 | $61.35 |
| 02/22/2005 | $61.35 |
| 02/23/2005 | $61.35 |
| 02/24/2005 | $61.35 |
| 02/25/2005 | $62.86 |
| 02/26/2005 | $62.86 |
| 02/27/2005 | $62.86 |
| 02/28/2005 | $59.51 |
| 03/01/2005 | $59.51 |
| 03/02/2005 | $61.51 |
| 03/03/2005 | $61.03 |
| 03/04/2005 | $61.03 |
| 03/05/2005 | $61.03 |
| 03/06/2005 | $61.03 |
| 03/07/2005 | $104.63 |
| 03/08/2005 | $104.63 |
| 03/09/2005 | $104.63 |
| 03/10/2005 | $44.57 |
| 03/11/2005 | $44.57 |
| 03/12/2005 | $44.57 |
| 03/13/2005 | $44.57 |
| 03/14/2005 | $44.57 |
| 03/15/2005 | $44.57 |
| 03/16/2005 | $44.57 |
| 03/17/2005 | $41.50 |
| 03/18/2005 | $41.50 |
| 03/19/2005 | $41.50 |
| 03/20/2005 | $41.50 |
| 03/21/2005 | $41.50 |
| 03/22/2005 | $41.50 |
| 03/23/2005 | $41.50 |
| 03/24/2005 | $38.61 |
| 03/25/2005 | $38.61 |
| 03/26/2005 | $38.61 |
| 03/27/2005 | $38.61 |
| 03/28/2005 | $88.61 |
| 03/29/2005 | $88.61 |
| 03/30/2005 | $87.23 |
| 03/31/2005 | $87.23 |
| 04/01/2005 | $87.23 |
| 04/02/2005 | $87.23 |
| 04/03/2005 | $87.23 |
| 04/04/2005 | $87.23 |
| 04/05/2005 | $97.23 |
| 04/06/2005 | $130.83 |

Printed: 7/12/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005*

Page 3 of 4

SBI: 00337363        NAME:    HASSETT, ROBERT W 3

| Date | Balance |
|---|---|
| 04/07/2005 | $82.81 |
| 04/08/2005 | $75.81 |
| 04/09/2005 | $75.81 |
| 04/10/2005 | $75.81 |
| 04/11/2005 | $75.81 |
| 04/12/2005 | $75.81 |
| 04/13/2005 | $75.81 |
| 04/14/2005 | $72.67 |
| 04/15/2005 | $72.67 |
| 04/16/2005 | $72.67 |
| 04/17/2005 | $72.67 |
| 04/18/2005 | $72.67 |
| 04/19/2005 | $72.67 |
| 04/20/2005 | $72.67 |
| 04/21/2005 | $72.67 |
| 04/22/2005 | $72.67 |
| 04/23/2005 | $72.67 |
| 04/24/2005 | $72.67 |
| 04/25/2005 | $72.67 |
| 04/26/2005 | $70.19 |
| 04/27/2005 | $70.19 |
| 04/28/2005 | $66.33 |
| 04/29/2005 | $66.33 |
| 04/30/2005 | $66.33 |
| 05/01/2005 | $66.33 |
| 05/02/2005 | $66.33 |
| 05/03/2005 | $66.33 |
| 05/04/2005 | $106.43 |
| 05/05/2005 | $99.55 |
| 05/06/2005 | $99.55 |
| 05/07/2005 | $99.55 |
| 05/08/2005 | $99.55 |
| 05/09/2005 | $99.55 |
| 05/10/2005 | $99.55 |
| 05/11/2005 | $99.55 |
| 05/12/2005 | $75.45 |
| 05/13/2005 | $75.45 |
| 05/14/2005 | $75.45 |
| 05/15/2005 | $75.45 |
| 05/16/2005 | $75.45 |
| 05/17/2005 | $75.45 |
| 05/18/2005 | $90.45 |
| 05/19/2005 | $66.77 |
| 05/20/2005 | $66.77 |
| 05/21/2005 | $66.77 |
| 05/22/2005 | $66.77 |
| 05/23/2005 | $86.77 |
| 05/24/2005 | $86.77 |

Printed: 7/12/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005*

Page 4 of 4

SBI: 00337363          NAME:    HASSETT, ROBERT W 3

| Date | Balance |
|---|---|
| 05/25/2005 | $86.77 |
| 05/26/2005 | $70.84 |
| 05/27/2005 | $70.84 |
| 05/28/2005 | $70.84 |
| 05/29/2005 | $70.84 |
| 05/30/2005 | $70.84 |
| 05/31/2005 | $70.84 |
| 06/01/2005 | $70.84 |
| 06/02/2005 | $70.84 |
| 06/03/2005 | $70.84 |
| 06/04/2005 | $70.84 |
| 06/05/2005 | $70.84 |
| 06/06/2005 | $80.84 |
| 06/07/2005 | $114.44 |
| 06/08/2005 | $114.44 |
| 06/09/2005 | $82.38 |
| 06/10/2005 | $82.38 |
| 06/11/2005 | $82.38 |
| 06/12/2005 | $82.38 |
| 06/13/2005 | $82.38 |
| 06/14/2005 | $98.38 |
| 06/15/2005 | $98.38 |
| 06/16/2005 | $108.38 |
| 06/17/2005 | $95.94 |
| 06/18/2005 | $95.94 |
| 06/19/2005 | $95.94 |
| 06/20/2005 | $105.94 |
| 06/21/2005 | $105.94 |
| 06/22/2005 | $105.94 |
| 06/23/2005 | $76.15 |
| 06/24/2005 | $76.15 |
| 06/25/2005 | $76.15 |
| 06/26/2005 | $76.15 |
| 06/27/2005 | $76.15 |
| 06/28/2005 | $76.15 |
| 06/29/2005 | $101.15 |
| 06/30/2005 | $101.15 |

Summary for 'SBI' = 00337363 (181 detail records)          **Average Daily Balance:    $73.18**

# Prior Month -- Individual Statement

Date Printed: 7/12/2005          Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.06 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC SCU B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 1/7/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $103.66 |
| Commissary | | 1/7/2005 | ($30.15) | $0.00 | $0.00 | $0.00 | $73.51 |
| Commissary | | 1/13/2005 | ($10.37) | $0.00 | $0.00 | $0.00 | $63.14 |
| Commissary | | 1/20/2005 | ($17.43) | $0.00 | $0.00 | $0.00 | $45.71 |
| Postage-Com | | 1/26/2005 | $0.00 | $0.00 | ($3.35) | $0.00 | $45.71 |
| Mail MO | JAMES ANGELINI | 1/27/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $65.71 |
| Commissary | | 1/27/2005 | ($8.68) | $0.00 | $0.00 | $0.00 | $57.03 |
| | | | | | Ending Mth Balance: | | $57.03 |

## Prior Month -- Individual Statement

Date Printed: 7/12/2005                                                                  Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $57.03 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC SCU B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | DEBORAH AARON? | 2/2/2005 | $14.00 | $0.00 | $0.00 | $0.00 | $71.03 |
| Mail MO | DEBORAH ANGELINI | 2/2/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $81.03 |
| Misc | MENTAL HEALTH CO | 2/2/2005 | $4.00 | $0.00 | $0.00 | $0.00 | $85.03 |
| Commissary | | 2/3/2005 | ($14.65) | $0.00 | $0.00 | $0.00 | $70.38 |
| Payroll | | 2/3/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $103.98 |
| Commissary | | 2/10/2005 | ($38.51) | $0.00 | $0.00 | $0.00 | $65.47 |
| Misc | MENTAL HEALTH CO | 2/11/2005 | $2.00 | $0.00 | $0.00 | $0.00 | $67.47 |
| Commissary | | 2/17/2005 | ($6.12) | $0.00 | $0.00 | $0.00 | $61.35 |
| Commissary | | 2/25/2005 | ($0.49) | $0.00 | $0.00 | $0.00 | $60.86 |
| Misc | MENTAL HEALTH CO | 2/25/2005 | $2.00 | $0.00 | $0.00 | $0.00 | $62.86 |
| Postage-Com | | 2/28/2005 | ($3.35) | $0.00 | $0.00 | $0.00 | $59.51 |
| | | | | | | Ending Mth Balance: | $59.51 |

# Prior Month -- Individual Statement

Date Printed: 7/12/2005                                                                 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $59.51 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC SCU B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Misc | MENTAL HEALTH CO | 3/2/2005 | $2.00 | $0.00 | $0.00 | $0.00 | $61.51 |
| Commissary | | 3/3/2005 | ($0.48) | $0.00 | $0.00 | $0.00 | $61.03 |
| Payroll | | 3/7/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $94.63 |
| Mail MO | DEBORAH ANGELINI | 3/7/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $104.63 |
| Commissary | | 3/10/2005 | ($60.06) | $0.00 | $0.00 | $0.00 | $44.57 |
| Postage-Com | | 3/16/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $44.57 |
| Commissary | | 3/17/2005 | ($3.07) | $0.00 | $0.00 | $0.00 | $41.50 |
| Postage-Com | | 3/20/2005 | $0.00 | $0.00 | ($1.15) | $0.00 | $41.50 |
| Commissary | | 3/24/2005 | ($2.89) | $0.00 | $0.00 | $0.00 | $38.61 |
| Mail MO | BILL TOWERS | 3/28/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $58.61 |
| Mail MO | ANGELINI | 3/28/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $88.61 |
| Postage-Com | | 3/30/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $88.38 |
| Postage-Com | | 3/30/2005 | ($1.15) | $0.00 | $0.00 | $0.00 | $87.23 |
| | | | | | Ending Mth Balance: | | $87.23 |

# Prior Month -- Individual Statement

Date Printed: 7/12/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $87.23 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC SCU B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | DEBORAH ANGELINI | 4/5/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $97.23 |
| Payroll | | 4/6/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $130.83 |
| Commissary | | 4/7/2005 | ($48.02) | $0.00 | $0.00 | $0.00 | $82.81 |
| Pay-To | | 4/8/2005 | ($7.00) | $0.00 | $0.00 | $0.00 | $75.81 |
| Copies | | 4/11/2005 | $0.00 | $0.00 | ($2.25) | $0.00 | $75.81 |
| Commissary | | 4/14/2005 | ($3.14) | $0.00 | $0.00 | $0.00 | $72.67 |
| Postage | | 4/22/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $72.67 |
| Copies | | 4/26/2005 | ($2.25) | $0.00 | $0.00 | $0.00 | $70.42 |
| Postage | | 4/26/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $70.19 |
| Commissary | | 4/28/2005 | ($3.86) | $0.00 | $0.00 | $0.00 | $66.33 |
| | | | | | | Ending Mth Balance: | $66.33 |

# Prior Month -- Individual Statement

Date Printed: 7/12/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $66.33 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC SCU B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 5/4/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $62.83 |
| Payroll | | 5/4/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $96.43 |
| Mail MO | DEBORAH ANGELINI | 5/4/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $106.43 |
| Commissary | | 5/5/2005 | ($6.88) | $0.00 | $0.00 | $0.00 | $99.55 |
| Commissary | | 5/12/2005 | ($24.10) | $0.00 | $0.00 | $0.00 | $75.45 |
| Visit MO | DEBORAH AARON | 5/18/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $90.45 |
| Commissary | | 5/19/2005 | ($23.68) | $0.00 | $0.00 | $0.00 | $66.77 |
| Mail MO | BILL TOWERS | 5/23/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $86.77 |
| Commissary | | 5/26/2005 | ($15.93) | $0.00 | $0.00 | $0.00 | $70.84 |

Ending Mth Balance:  $70.84

# Prior Month -- Individual Statement

Date Printed: 7/12/2005 　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.84 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC SCU B | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | HENRY COLON | 6/6/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $80.84 |
| Payroll | | 6/7/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $114.44 |
| Commissary | | 6/9/2005 | ($32.06) | $0.00 | $0.00 | $0.00 | $82.38 |
| Mail MO | DEBORAH ANGELINI | 6/14/2005 | $16.00 | $0.00 | $0.00 | $0.00 | $98.38 |
| Mail MO | DEBORAH ANGELINI | 6/16/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $108.38 |
| Commissary | | 6/17/2005 | ($12.44) | $0.00 | $0.00 | $0.00 | $95.94 |
| Mail MO | HENRY COLON | 6/20/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $105.94 |
| Commissary | | 6/23/2005 | ($29.79) | $0.00 | $0.00 | $0.00 | $76.15 |
| Mail MO | JAMES ANGELINI | 6/29/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $101.15 |
| | | | | | | Ending Mth Balance: | $101.15 |