ORIGINAL

August, 12, 2005

Clerk of the United States District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 King Street
Wilmington, DE 19801
Re: Hassett v. Kearney, Case No. _____

05-609

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

Please find enclosed for filing in the above entitled matter an original and two copies of the following: Petition for Writ of Habeas Corpus, In forma Pauperis affidavit, Letter requesting Appointment of counsel, and Proof of service.

Once you have filed the above a copy of the Petition and the supporting documents should be returned to the undersigned in the enclosed stamped self-addressed envelope.

Sincerely yours,
Robert Hassett
Robert Hassett
P.O. Box 500
Georgetown, DE 19947

cc: Attorney General