ORIGINAL

August, 12, 2005

Robert W. Hassett
P.O. Box 500 S.C.I.
Georgetown, Del. 19947


FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of the United States District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 King Street
Wilmington, Del. 19801

Re: Hassett v. Kearney, case No. 05-609

Your Honor,
    I the undersigned, hereby certify under penalty of perjury that the following facts are true;
    (1) I am the defendant in the above-named matter and desire the assistance of counsel in these proceedings.
    (2) I represent to the court that the issues raised in the post-conviction pleading, that the defendant believes

these issues are meritorious.

(3) I represent to the court that I am without money or means with which to employ an attorney, and so am unable financially to retain counsel for myself.

Therefore I pray the court to provide counsel on my behalf.

Date: 8-12-05

Robert W. Hassett
Robert W. Hassett
P.O. Box 500 S.C.I
Georgetown, Del. 19947

cc. Attorney General.