FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

25194 Cedar Lane
Seaford, DE 19973
7 Oct. '05
302-629-2307

Dear Hon. Judge Joseph J. Farnan, Jr:

I am writing this note to plead for a new trial for Robert W. Hassett, III, Case # 1:05-cv-00609-JJF. His SBI is 337 343.

I am a mentor-volunteer with Prison Fellowship ministry, at SCI in Georgetown, DE. I met Mr. Hassett III on Mon. + Wed. evenings, Sept. 26 & Sept. 28; I was intrigued by his case; the man needs some hope. His eternal hope is anchored in Jesus Christ. I assure you that I was not manipulated, nor did I fall for a "sob story". Indeed, he doesn't know yet that I'm writing to you. I was in Wilmington Wed. Oct. 5 to see you or your clerk, but I learned that this letter is the proper procedure for me.

Robert informed me, at my questions, that he was not the one who pulled the trigger, nor even helped. He watched, then helped remove his stepmother's body. He readily admits his guilt of complicity. His father, in Smyrna, DE prison on an unrelated charge (Robert, Jr., or Robert II?), and Robert III's friend framed him as the triggerman. The police evidently accepted that with no corroborative investigation. Robert III claims, for instance, that his father's shirt was blood-soaked, while his own had two small spots, which of course matched his step-mother's blood. Robert III did not help himself — he didn't, as he says, "snitch".

He was "promised" a plea bargain by Public Defender Ronald Phillips, who then disappeared. (There is an attorney with that name in Seaford). At trial, the new public defender came with no notes, no briefs, no motions — only an empty tablet on which he took notes of prosecutor's testimony and questioned therefrom. I wonder the presiding judge didn't rebuke his lack of preparation.

I know the foregoing can be verified or disproved. I trust the Court is truly desirous of justice, however heinous the crime. I don't know that the father will confess.

Thank you for your time and interest.

Sincerely and Hopingly,



Jack Lucia
25194 Cedar Ln
Seaford DE 19973-8636

Peter T. Dalleo clerk of U.S. District Court
844 King St., Lockbox 18
Wilmington, DE 19801

attn: Judge J.J. Farnan Jr.