United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-609 JJF

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 05-cv-609 JJF

   WARDEN RICK KEARNEY
   SUSSEX CORRECTIONAL INSTITUTE
   P.O. BOX 500
   GEORGETOWN, DE 19947

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): R. Minnick
C. Date of Delivery: 10/13/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0003 0826 7441

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540