IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT W. HASSETT, III**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-609-JJF |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, and **CARL DANBERG**, | : | |
| Attorney General of the State of | : | |
| Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Amended Opening Brief & Appendix  (No. 420, 2001)

    b. State's Answering Brief & Appendix (No. 420, 2001)

    c. Order (May 15, 2002) (No. 420, 2001)

    d. Appellant's Opening Brief & Appendix (No. 468, 2003)

    e. State's Answering Brief & Appendix (No. 468, 2003)

    f. Appellant's Reply Brief (No. 468, 2003)

    g. Order of Remand (May 20, 2004) (No. 468, 2003)

    h. Appellant's Supplemental Memorandum (No. 468, 2003)

    i. State's Supplemental Memorandum (No. 468, 2003)

    j. Order (June 24, 2005) (No. 468, 2003).

2. Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal

Docket, ID No. 0005011315, has also been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

December 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 21, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Robert W. Hassett, III
    SBI No. 337363
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us