IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT, III,                :
                                       :
            Petitioner,                :
                                       :
      v.                               :   Civ. Act. No. 05-609-JJF
                                       :
RICHARD KEARNEY, Warden,               :
                                       :
            Respondent.                :

**O R D E R**

At Wilmington this 24 day of March, 2006;

IT IS ORDERED that:

Petitioner Robert W. Hassett, III's "Motion to Dismiss" Respondent's Motion for an Extension of Time to File an Answering Brief is **DENIED** as moot. (D.I. 17.) The record reveals that, on November 18, 2005, Respondent timely filed a Motion to Extend the Time for Filing an Answer. (D.I 15.) The Court granted the Motion on November 18, 2005, and Petitioner filed the instant Motion on November 23, 2005. (D.I. 16; D.I. 17.) Respondent timely filed its Answer on December 21, 2005. (D.I. 18)

                                    _____
                                    UNITED STATES DISTRICT JUDGE