IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT, III,           :
                                  :
        Petitioner,               :
                                  :
    v.                            :    Civ. Act. No. 05-609-JJF
                                  :
RICHARD KEARNEY, Warden, and      :
CARL C. DANBERG, Attorney General :
of the State of Delaware,         :
                                  :
        Respondent.               :

## O R D E R

At Wilmington, this 18 day of September, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Robert Hassett, III's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE