UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT

Robert W. Hassett, III,
    Petitioner,

v.

Richard Kearney, Warden
    Respondent

Civ. Act. No. 05-609-JJF

RECEIVED
Mail
OCT - 3 2006
U.S.C.A. 3rd CIR.

Notice of Appeal

Notice is hereby given that Petitioner Robert W. Hassett, pro se, in the above case, appeals to the United States Court of Appeals for the third circuit, from the final judgment entered in this action on the 18th of September 2006.

Date: 9-26-06

Respectfully submitted,
Robert Hassett
Robert Hassett
P.O. Box 500 (SBI 337-363)
Georgetown, Del. 19947

1.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT, III, :
:
       Petitioner, :
:
v. : Civ. Act. No. 05-609-JJF
:
RICHARD KEARNEY, Warden, and :
CARL C. DANBERG, Attorney General :
of the State of Delaware, :
:
       Respondent. :

**O R D E R**

At Wilmington, this 18 day of September, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Robert Hassett, III's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                           /s/ Joseph J. Farnan
                                     UNITED STATES DISTRICT JUDGE

Ex-A-1

9/25/06

Dear Willie,

Your mom called me last week & told me what you wanted. I had told her I would send the letter you wanted. However, after discussing it with Ronnie we decided it wasn't a good idea. He said as much trouble as I have had with my blood pressure and other health problems the last couple of years I don't need to be involved in anything that is going to add additional stress for me. When the trial was going on I cried so much for every one involved. I tried to help you as much as I could during that time even telling the lawyer & detectives that I really believed that your dad was involved somehow. In my heart I still believe he was.

I'm sorry, I just can't get involved again.   Take care of yourself.

T.F.

J.E. Bramble
175 Hammondtown Road
Harrington, DE  19952

WILMINGTON DE 197
25 SEP 2006 PM 3 L

SCI
Robert W. Hassett
P.O. Box 500
SBI 337363- B Tier
Georgetown, DE  19947

1994740500

Ex-A-2