OFFICE OF THE CLERK - LEGAL DIVISION

# United States Court of Appeals

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

**MARCIA M. WALDRON**
CLERK

Telephone
(215-597-2378)

May 4, 2007

Elizabeth Strickler, Deputy Clerk
United States District Court
District of Delaware
844 King Street
Lockbox 18
Wilmington, DE 19801

        Re:    Hassett v. Kearney, et al.
               C. A. No. 06-4341
               (D. Del. Civ. No. 05-cv-00609

Dear Betty:

    I am returning the State Court Record you forwarded to me in this case. (Two envelopes)

    Thank you so much for your help.

                                      Very truly yours,

                                      JO-ANN EDWARDS
                                      Administrative Assistant

/je
Enclosure