CLD-216                                    April 26, 2007
### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. **06-4341**

ROBERT W. HASSETT, III

    v.

RICHARD KEARNEY, Warden,
ET AL.

    (D. Del. Civ. No. 05-cv-00609)

Present:      RENDELL, SMITH AND JORDAN, CIRCUIT JUDGES

      Submitted are:

(1)    Appellant's motion for a certificate of probable cause, which the
Court may wish to construe as a motion for a certificate of
appealability pursuant to 28 U.S.C. § 2253(c);

(2)    Appellant's motion under 28 U.S.C. § 2244, which the Court may
treat as a memorandum in support of motion for certificate of
appealability and appendix in support; and

(3)    Appellant's motion to amend/motion for insurance of certificate of
probable cause/certificate of appealability

    in the above-captioned case.

Respectfully,

Clerk

MMW/JLR/je/tmm
_____O R D E R_____

The foregoing request for a certificate of appealability is denied.  For substantially the
reasons stated by the District Court, Appellant has not made a substantial showing of the
denial of a constitutional right as required by 28 U.S.C. § 2253(c) in connection with his
claims of prosecutorial misconduct, ineffective assistance of counsel, and trial court error.

CLD 216
*Hassett v. Kearney*, No. 06-4341
Page 2

Appellant also has not shown that the District Court's determination that he procedurally defaulted certain claims is debatable.  Appellant's motion to amend/ motion for insurance of certificate of probable cause/certificate of appealability is denied.

By the Court,

/s/ D. Brooks Smith
Circuit Judge

Dated: June 7, 2007
PDB/cc: Robert W. Hassett III, Esq.
        Elizabeth R. McFarlan, Esq.

A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk